CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

GERARD LAM
gl.ttmnlm@yahoo.com
373 9th Street #506
Oakland, CA 94607
Telephone: 510-465-6685
Attorney for Defendants
Lim Family Benevolent Society;
Jianyan Liang

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIM FAMILY BENEVOLENT SOCIETY, a California Nonprofit Corporation; JIANYAN LIANG;<br><br>　　　　Defendants. | Case No.: 3:21-cv-06680-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties: each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 25, 2022

CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: 7-19-2022

By: _____
Gerard Lam
Attorneys for Defendants
LIM FAMILY BENEVOLENT SOCIETY,
a California Nonprofit Corporation;
JIANYAN LIANG